UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:
Bethlehem Steel Corporation

Debtor
Behtlehem Steel Corporation,

Appellant
Moran Towing Corp.

        -against-

Bethlehem Steel Corporation,

        Appellee
-------------------------------------------------------X

08cv007305(GBD)
SCHEDULING ORDER

GEORGE B. DANIELS, District Court Judge:

    An appeal of an Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby,

    ORDERED, that appellant's memorandum of law in support of its appeal shall be submitted by **November 19, 2008** appellees' opposition shall be submitted by **February 10, 2009**, and appellant's reply shall be submitted by **May 5, 2009**.

    IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15D.

Dated: New York, New York
       August 19, 2008

SO ORDERED:

*George B. Daniels*
George B. Daniels, USDJ